# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MA21 | 9559585 | Goddard | 853 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged  ☐ CFR  ☐ USC  ☐ State Code |
|---|---|
| 10/11/2023 | 1.218(b)(4) |

Place of Offense: 150 South Huntington Ave, Jamaica Plain MA 02130, 11th floor, Harvard wing

Offense Description: Factual Basis for Charge    HAZMAT ☐

Willful removal of Gov't property without authorization

### DEFENDANT INFORMATION

Last Name: Goral
First Name: James
MI: C

Street Address: [REDACTED]

☐ A  APPEARANCE IS REQUIRED
☑ B  APPEARANCE IS OPTIONAL

A ☐ If Box A is checked, you must appear in court. See instructions.
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 150  Forfeiture Amount
+ $30  Processing Fee
$ 180  Total Collateral Due

PAY THIS AMOUNT AT → www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Not Avail to sign

*9559585*

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Oct 11, 20 23 while exercising my duties as a law enforcement officer in the Boston District of MA

On 10/11/23 I responded to Room JA-82 where James Gocal was provided w/ offer of termination. Gocal exited the room with his Gov't issued laptop, keys, lin Goral in have to Boston as when advised Gocal he needed his laptop + keys immediately. I relayed that to Gocal at which time a foot pursuit ensued. Gocal threw a cabinet to the floor in attempt to stop the foot pursuit. I was able to gain control of Gocal and place him into hand restraints and take custody of the laptop + keys issued by the gov't. Gocal was detained and issued VN# 9559585 for willful removal of Gov't property without authorization. Both keys + laptop were turned over to DD Heber.

The foregoing statement is based upon:
☑ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/11/2023   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MA54 | 9559584 | Goddard | 853 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 10/11/2023
Offense Charged: 1.2/3(b)(37)

Place of Offense: 1405 Huntington Service Plain site 02130

Offense Description: Possession of knife which exceeds a blade length of 3"

### DEFENDANT INFORMATION

Last Name: Gocel
First Name: James
MI: C

**APPEARANCE IS OPTIONAL**

B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 150  Forfeiture Amount
 + $30  Processing Fee
$ 180  Total Collateral Due

**YOUR COURT DATE**

Defendant Signature: Not Available to sign

*9559584*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Oct 11, 2023 while exercising my duties as a law enforcement officer in the Boston District of MA

On 10/11/23 I responded to room 11A-82 where James Gocel was provided notice of termination. Gocel refused to turn over the Govt issued laptop + keys upon request. Gocel attempted to flee the scene heading up to the 12th floor. While in foot pursuit of Gocel in (AC he threw a wall cabinet to the floor in attempt to hinder my pursuit. Gocel was taken to the ground where he was placed in hand restraints for his safety, officer safety and safety of others. During a search of Gocel I discovered a pocket knife in Gocel's right pants pocket. The knife had a blade length of 3.25". Gocel was issued CVB VN 9559584 for possession of a knife which exceeds a blade length of over 3".

The foregoing statement is based upon:
☑ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/11/2023

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB SCAN 10/31/2023 11:25

# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MA51 | 9559301 | Goode | 3269 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 09/26/2023 06:50 AM
Offense Charged: CFR 1.218(b)(11)

Place of Offense: VAMC Boston, 150 South Huntington Ave, Boston MA 02130

Offense Description: Factual Basis for Charge: To wit Disorderly conduct

### DEFENDANT INFORMATION

Last Name: Gocel
First: James
MI: C

[redacted address]

| Tag No. | State | Year | Make/Model | PASS # | Color |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | N/A |

APPEARANCE IS REQUIRED — A ☐ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL — B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 150 Forfeiture Amount
+ $30 Processing Fee
$ 180 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Court Address: [blank]
Date: [blank]
Time: [blank]

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: refused RS

Original - CVB Copy

*9559301*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 26 Sept 2023 while exercising my duties as a law enforcement officer in the Boston District of MA

On this date VA Police Dispatch Radio call. Employee prior warning to not attempt at the VA Office of Information technology to have his computer access restored. Access had been suspended. Numerous instruction by the staff that he can assist and following supervisor instructions. He is to if there is a research supervisor for any questions. Mr. James Gocel attempted again today. His disorderly conduct was public affecting or likely to affect persons. He persisted in disorderly conduct after reasonable warning and request to desist. His conduct after warning impeded and disrupted the performance of official duties. It was offered for him to sign for receipt and he refused.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/26/2023    Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

## United States District Court
### Violation Notice
(Rev. 1/2019)

| Violation Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MA5 | 9559586 | Goddard | 853 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | CFR | USC | State Code |
|---|---|---|---|---|
| 10/11/2023 | 1.218 (b)(11) | | | |

Place of Offense: 150 S Huntington Ave Jamaica Plain MA 02130

Offense Description: Disorderly conduct

### DEFENDANT INFORMATION

Last Name: Gocel
First Name: James
MI: C

[Defendant address and vehicle info redacted]

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☐ If Box A is checked, you must appear in court. See instructions.

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 150  Forfeiture Amount
+ $30  Processing Fee
$ 180  Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Defendant Signature: Not Available for Sign

*9559586*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Oct 11, 2023 while exercising my duties as a law enforcement officer in the Boston District of MA

On 10/11/23 I responded to Room 11A-82 where James Gocel was provided notice of termination. Gocel refused to turn over the Gov't issued laptop and keys upon request. Gocel attempted to flee the scene on foot running through the 11th + 12th floors while throwing a wall cabinet to the floor creating a disturbance to work here at the VA. Gocel was eventually taken into custody without further incident. Police were approached by an employee, Elizabeth Roque, who stated she was afraid to exit the bathroom cause that she feared Gocel. Gocel was issued citation 9559586 for Disorderly conduct.

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/11/2023   [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passengers in vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident